Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 308
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Benjamin Miller

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN MILLER, )<br>        Plaintiff, )<br>                            )<br>    vs.                     )<br>                            )<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social )<br>Security,                   )<br>        Defendant.          ) | Case No.: 5:22-cv-01340-AFM<br><br>[~~PROPOSED~~] ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **TWO THOUSAND TWO HUNDRED DOLLARS** ($2,200.00) as authorized by 28 U.S.C. § 2412(d) and subject to the terms and conditions of the Stipulation.

DATED:  3/11/2023

_____
HON. ALEXANDER F. MACKINNON
United States Magistrate Judge